# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case: 2:22-cv-04092-MEMF-JCx                    Date: September 7, 2022

Title: Theresa Brooke v. Plantation Bay Hotels, LLC.

PRESENT: The Honorable Maame Ewusi-Mensah Frimpong, Judge

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

## PROCEEDINGS (IN CHAMBERS)

On September 7, 2022, the parties filed a Notice of Settlement [18] notifying the Court that the parties have reached a resolution in this matter. The Court, having considered the Notice of Settlement and finding good cause therefor, ORDERS as follows: (1) **All discovery and pretrial dates are vacated;** (2) The Order to Show hearing set for September 8, 2022 is vacated and is now off calendar, and (3) The parties shall file a notice of dismissal or, in the alternative, a joint statement advising the Court of the status of the settlement within three weeks of this Order. The failure to timely or adequately respond to this Order may, without further warning, result in the Court dismissing this action.

MINUTES FORM 11                                                                 Initials of Clerk: kd
CIVIL-GEN